# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DARIEL MAURICE SLEDGE**                                                                 **PLAINTIFF**
Reg. #18302-042

v.                               Case No. 2:19-cv-00001 KGB-JTR

**TASHONDA ROLFE, Case Manager,**
**Forrest City-FCC Medium;**
**NICOLE BURKE, Unit Manager,**
**Forrest City-FCC Medium;**
**S. SMITH, Case Manager Coordinator,**
**Forrest City-FCC Medium; and**
**DeWAYNE HENDRIX, Warden**                                     **DEFENDANTS**

# ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 34). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice this case due to lack of prosecution. The Court denies as moot defendants' motions to dismiss (Dkt. Nos. 15, 23). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 10th day of February, 2020.

                                                                      _____
                                                                      Kristine G. Baker
                                                                      United States District Judge