IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DARIEL MAURICE SLEDGE**            **PLAINTIFF**
Reg. #18302-042

v.          Case No. 2:19-cv-00001 KGB-JTR

**TASHONDA ROLFE**, Case Manager,
Forrest City-FCC Medium;
**NICOLE BURKE**, Unit Manager,
Forrest City-FCC Medium;
**S. SMITH**, Case Manager Coordinator,
Forrest City-FCC Medium; and
**DeWAYNE HENDRIX**, Warden         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this day, this case is dismissed, without prejudice, due to lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so ordered this 10th day of February, 2020.

Kristine G. Baker
United States District Judge